### (March 24, 1961)

■    In the Matter of HARRY HOYT, JR. v. COUNTY COURT OF GREENE COUNTY et al.— Petition dismissed. The facts alleged in the petition do not demonstrate that the County Court of Greene County has proceeded or is about to proceed without or in excess of its jurisdiction. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.